UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KAREN SCHMITT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL Commissioner of the Social )<br>Security Administration, )<br>)<br>Defendant. ) | No. 3:19-cv-00178-MPB-RLY |

**FINAL JUDGMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT.**

Judgment is entered in favor of the Defendant and against the Plaintiff. The Plaintiff shall take nothing by her Complaint, and this action is terminated.

Entered: 8/21/2020

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

**Served electronically on all ECF-registered counsel of record.**